UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE:<br><br>**UCS COMPANY, INC. d/b/a UNLIMITED CLEANING SOLUTIONS, INC.,**<br><br>Debtor. | **Case No. 26-07134-AKM-11** |

**FIRST DAY MOTION FOR AUTHORITY TO USE CASH COLLATERAL AND GRANT REPLACEMENT LIENS**

UCS Company, Inc. d/b/a Unlimited Cleaning Solutions, Inc., ("Debtor"), by counsel, pursuant to §§105, 361, 363 and 507 of Title 11 of the United States Code (the "Bankruptcy Code"), and Federal Rules of Bankruptcy Procedure 4001, files his *First Day Motion for Authority to Use Cash Collateral and Grant Replacement Liens,* (the "**Cash Use Motion**") on the following grounds:

1. On the date hereof, Debtor was the Debtor in Possession in the captioned Bankruptcy proceeding, which was commenced by the filing of a Voluntary Petition under Chapter 11 of title 11 of the United States Code, (the "Bankruptcy Code"), on November 2, 2026, which generated the related Order for Relief herein, (the "Commencement Date"). Debtor continues to operate its business and manage its properties pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2. The Debtor operates a commercial janitorial service in the greater Indianapolis, Indiana market. The Debtor employs 1-person full time. In keeping with industry standards, the day to day business operations are carried out by subcontractors who use the client's proprietary cleaning supplies, making this a pure service business. The primary creditors driving the filing are all merchant cash advance lenders, but the primary blanket secured creditor is Small Business Administration.

3. The Debtor is an established local service provider, and its customers are loyal to the Debtor making the cash flow from known work to be derived from them the driver to its forward-looking guidance as described below.

## Jurisdiction

4. This Court has jurisdiction to consider this matter pursuant to 28 USC §§ 157 and 1334.

This is a core proceeding pursuant to 28 USC §§ 157 (b). Venue is proper before this Court pursuant to 28 USC §§ 1408 and 1409.

## Relief Requested

5. By this Cash Use Motion, Debtor requests interim authorization to obtain post-petition use of cash collateral in exchange for replacement liens pursuant to §§105, 361, 363 and 507 of the Bankruptcy Code. The relief requested is simply authority to use cash collateral, which is comprised of the Debtor's cash accounts, accounts receivable and inventory, in order to preserve the Debtor's estate and avoid irreparable harm to its business model pending a final hearing. The Debtor does not intend to use any post-petition financing vehicle for operations.

## Pre-Petition Financing of the Debtor's Operations

6. Prior to the Commencement Date, the Debtor's liquidity needs were met primarily through the daily operation of the business of the Debtor resulting in the collection of operating revenue. The Debtor was highly unprofitable and burned through a large SBA loan and another unsecured loan from Huntington National Bank. Ultimately its turned to high interest internet lenders for liquidity to continue operations, but the payments quickly consumed operating cash flow. Schedules filed herein indicate net collectible accounts receivable as of the Petition Date were approximately 22k; its cash was approximately $30k and inventory was negligible making total cash collateral $52,000.

## Post-Petition Financing

7. Debtor urgently needs working capital to continue its ordinary course business operations. Using funds from the collection of accounts in the ordinary course allows the Debtor to obtain and maintain sufficient operating liquidity to meet its post-petition obligations on a timely basis, the loss of which may result in a permanent and irreplaceable reduction of value in its assets and a resultant diminution in the value of the Debtor to the detriment of its creditors. This Cash Use Motion presents the mechanism by which the Debtor may use cash collateral. The budget that is attached hereto as Exhibit "A", (the "**Budget**"), demonstrates the financial needs of the Debtor to preserve and protect all collateral which is absolutely essential to the Debtor's effort in this case. Accordingly, the Debtor believes the proposed financing of its operations in this way is reasonable. Based on the Budget, the Debtor proposes to use cash collateral through the end of the interim

period set by the Court in the total amount as Total Expenses for such period. If the interim period ended on November 22, 2026 the total amount of cash collateral the Debtor would use is $40,391.

8. The Debtor has tendered a proposed form of an order whereby the Court would approve the foregoing use of the cash collateral on a final basis, in the form attached hereto as Exhibit "B".

**Notice**

11. Notice of this Cash Use Motion has been made in compliance with Local Rule B- 9013-3(d).

10. Debtor will provide, on the date this Cash Use Motion is filed, copies of this Cash Use Motion and notice of the hearing to the following:

i. The Office of the United States Trustee for the Southern District of Indiana;

ii. 20 largest unsecured creditors (to the extent practicable);

iii. All secured creditors;

iv. Any indenture trustees; and

v. Any party who has filed an appearance and served same on the Debtor prior to service of this Cash Use Motion.

**WHEREFORE,** the Debtor herein respectfully requests that it be authorized to use cash collateral as described herein, and for all other just and proper relief in the premises.

___/s/ KC Cohen____________________ November 3, 2026
Attorney for the Debtor:

KC Cohen 04310-49
KC Cohen, Lawyer, PC
1915 Broad Ripple Ave.
Indianapolis, IN 46220
317.715.1845
fax 636.8686
kc@smallbusiness11.com

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that a copy of the was filed using the Court's ECF system and parties will be served via such system. In addition, copies of the foregoing were emailed to the following on November 3, 2026:

kc@esoft-legal.com;
cmcelwee@mrjalaw.com;
grac69@gmail.com;
mprielozny@gmail.com;
Ronald.Moore@usdoj.gov;
ustpregion10.in.ecf@usdoj.gov;

and by regular US Mail on the date hereof to the attached mailing matrix

______/s/ KC Cohen __
KC Cohen